# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN NICHOLAS CARLIN,
                    Appellant,
        vs.
JERRY HOWELL, WARDEN,
SOUTHERN NEVADA DESERT
CORRECTIONAL CENTER,
                    Respondent.

No. 80076

FILED

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the notice of appeal on November 18, 2019. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

Supreme Court
OF
Nevada

(O) 1947A

cc: Hon. James Todd Russell, District Judge
Kevin Nicholas Carlin
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk